## In re Estate of Katherine W. Franklin, Deceased.
## Ben Franklin, Objector, Appellant, v. Mamie Schlesinger, Claimant and Administratrix With Will Annexed, Appellee.

Gen. No. 40,785.

Heard in first division, first district, this court at June term, 1939; opinion filed April 8, 1940. Arthur J. Goldberg, for appellant; Arthur J. Goldberg and Leonard G. Nierman, of counsel; Julius H. Miner and Henry Perlman, for appellee. Opinion by JUSTICE O'CONNOR. ''Not to be published in full.''